IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOSE ABRAHAM ESPINO-RANGEL,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | **CIVIL NO. 10-674-GPM** |
| vs. ) | |
| ) | **APPEAL NO. 10-3797** |
| **LISA J. W. HOLLINGSWORTH,** ) | |
| ) | |
| **Respondent.** ) | |

# **MEMORANDUM AND ORDER**

**MURPHY, District Judge:**

This matter is before the Court on Petitioner's motion for leave to proceed *in forma pauperis* on appeal (Doc. 9).

"An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). To conclude that an appeal is in good faith, "a court need only find that a reasonable person could suppose that the appeal has some merit." *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000), *citing Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000); *see also Moran v. Sondalle*, 218 F.3d 647, 651 (7th Cir. 2000) ("because these appeals are not in good faith for purposes of § 1915(a)(3), we revoke the orders permitting the appellants to proceed in forma pauperis"); *Tolefree v. Cudahy*, 49 F.3d 1243, 1244 (7th Cir. 1995) ("[T]he granting of leave to appeal in forma pauperis from the dismissal of a *frivolous* suit is presumptively erroneous and indeed self-contradictory.").

This action brought under 28 U.S.C. § 2241 was dismissed pursuant to 28 U.S.C. § 2254 Rule 4. Implicit in such a dismissal is a finding that the petition for writ of habeas corpus was

legally frivolous, *Johnson v. Gramley*, 929 F.2d 350, 351 (7th Cir. 1991), as that term is used in 28 U.S.C. § 1915(e)(2), *i.e.*, that the petition "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). When the underlying district court action is legally frivolous, any appeal from its summary dismissal is frivolous, too; accordingly, leave to proceed *in forma pauperis* on appeal is **DENIED**. Petitioner shall tender the appellate filing and docketing fee of $455 to the Clerk of Court in this District within **FIFTEEN (15) DAYS** of the date of entry of this Order, or he may reapply to the United States Court of Appeals for the Seventh Circuit for leave to proceed *in forma pauperis* on appeal.

**IT IS SO ORDERED.**

DATED: 01/05/11

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge